**479-15**

# ELECTRONIC RECORD

CCA #   09-14-00522-CR

OFFENSE:   Appeal from an Order Denying Bail

STYLE:   Ex Parte Rodarrion D. Armstrong

PUNISHMENT:

COUNTY:   Jasper

TRIAL COURT:   1A District Court

TRIAL COURT #:   12170JD

TRIAL COURT JUDGE:   Judge Jerome Owens

DISPOSITION:   AFFIRMED

MOTION
FOR REHEARING IS:

DATE:

JUDGE:

DATE:   04-01-15

JUSTICE:   Leanne Johnson         PC   NO   S   YES

PUBLISH:   NO              DNP:   YES

CLK RECORD:   12-09-14

RPT RECORD:   12-29-14

STATE BR:   02-19-15

APP BR:   01-20-15

SUPP CLK RECORD:

SUPP RPT RECORD:

SUPP BR:

PRO SE BR:

**479-15**

# IN THE COURT OF CRIMINAL APPEALS

ELECTRONIC RECORD

CCA # _____PD-0479-15_____

--------------------

_APPELLANT'S_ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_REFUSED_

DATE: __06/17/2015__

JUDGE: _Per Curiam_

Disposition:

DATE:

JUDGE:

SIGNED:              PC:

PUBLISH:              DNP:

--------------------

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____